[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15678
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00584-CEH-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN JOHNNY JASSO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(December 16, 2015)

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas Burns, appointed appellate counsel for Juan Johnny Jasso, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Jasso's conviction and sentence are AFFIRMED.